UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL VERNON, CNA,

    Plaintiff,

v.                                    Case No. 3:21-cv-740-BJD-LLL

DUVAL MEDICAL INVESTORS,
LLC, et al.

    Defendant(s).
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 34; Stipulation) filed on November 11, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 14th day of November, 2022.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record